JOHN H. DONBOLI (SBN: 205218)
E-mail: jdonboli@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff LOUISE CLARK

SHANNON L. HOPKINS
E-mail: shopkins@zlk.com
NANCY A. KULESA
E-mail: nkulesa@zlk.com
LEVI & KORSINKSY, LLP
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: 232/363-7500
Facsimile: 866/367-6510

Attorneys for Plaintiff ROBYN MARNELL

PETER W. ROSS (SBN: 109741)
MICHAEL W. BOWSE (SBN: 189659)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Telephone: 310-274-7100
Facsimile: 310-275-5697

Attorneys for Defendants Citizens of Humanity, LLC; Macy's, Inc.; and BOP, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUISE CLARK, an individual, ROBYN MARNELL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIZENS OF HUMANITY, LLC, a Delaware Limited Liability Company; MACY'S, INC., a Delaware Corporation; BOP, LLC, a Wisconsin Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:14-CV-01404-JLS-WVG<br><br>**CLASS ACTION**<br><br>**JOINT MOTION AND STIPULATION OF THE PARTIES TO DISMISS PLAINTIFF ROBYN MARNELL AND DEFENDANT BOP, LLC WITHOUT PREJUDICE** |

529513.1

1

STIPULATION TO DISMISS PLAINTIFF ROBYN MARNELL AND DEFENDANT BOP, LLC
CASE NO. 3:14-CV-01404-JLS-WVG

Plaintiff LOUISE CLARK and ROBYN MARNELL, on the one hand, and defendants CITIZENS OF HUMANITY, LLC, MACY'S, INC., and BOP, LLC, on the other hand (collectively the "Parties") respectfully seek an Order dismissing PLAINTIFF ROBYN MARNELL and defendant BOP, LLC <u>only</u> from this action *without prejudice* based on the following:

1. This case is predicated on the assertion that defendant Citizens of Humanity, LLC manufactured jeans that were labeled as "Made in USA" but that contained foreign-made component parts. Plaintiffs contend that to do so violates relevant California and/or federal law (Defendants deny such assertions).

2. Plaintiff Clark purchased her jeans from Macy's, Inc. and Plaintiff Marnell purchased her jeans online from BOP, LLC.

3. Defendants recently asserted (and Plaintiffs disagree) that Plaintiff Marnell's claims are subject to arbitration based on her online purchase and indicated that Defendants would seek to compel arbitration based on the underlying Marnell Purchase Transaction.

4. The Parties have had an opportunity to meet and confer on the issue and decided, to avoid potentially needless motion practice, to dismiss plaintiff Marnell and BOP, LLC *without prejudice* and strike certain allegations relating solely to Plaintiff Marnell's claims, also *without prejudice*.

5. The Parties agree that, as it relates to plaintiff Marnell and BOP, LLC, Plaintiffs and Defendants shall each bear their own costs and fees in relation to this dismissal.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, subject to Court approval, that:

1. Plaintiff Marnell and defendant BOP, LLC are hereby dismissed *without prejudice*.

2. Paragraphs 24 and 32 and footnotes 2 and 4 are struck from the first amended complaint *without prejudice*.

**IT IS SO STIPULATED**.

DATED: May 27, 2015                    DEL MAR LAW GROUP, LLP

By: /s/ John H. Donboli
John H. Donboli
E-mail: jdonboli@delmarlawgroup.com
JL Sean Slattery
E-mail: sslattery@delmarlawgroup.com
*Counsel for Louise Clark*

LEVI & KORSINSKY LLP

By: /s/ Nancy A. Kulesa
SHANNON L. HOPKINS
shopkins@zlk.com
NANCY A. KULESA
nkulesa@zlk.com
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: 212/363-7500
Facsimile: 866/367-6510
*Counsel for Robyn Marnell*

1  
2  
3  
4  
5  
6  
7  
8  
9  

BROWNE GEORGE ROSS LLP

By: /s/ Peter W. Ross_____  
Michael A Bowse  
Peter W. Ross  
2121 Avenue of the Stars, Suite 2400  
Los Angeles, CA 90067  
Telephone:  (310) 274-7100  
Facsimile:   (310) 275-5697  
Email: mbowse@bgrfirm.com  
Email: pross@bgrfirm.com  
*Attorneys for Defendants*

529513.1

4

| | |
|---|---|
| 1 | **DECLARATION REGARDING CONCURRENCE** |
| 2 | I, Peter W. Ross, am the ECF/CM User whose identification and password |
| 3 | are being used to file this Joint Motion to Dismiss PLAINTIFF ROBYN |
| 4 | MARNELL and Defendant BOP, LLC Without Prejudice; [Proposed] Order |
| 5 | Granting Stipulation. I hereby attest that John H. Donboli and Nancy A. Kulesa |
| 6 | have concurred in this filing's content and have authorized its filing. |
| 7 | DATED: May 27, 2015         By:    /s/ Peter W. Ross |
| 8 | Peter W. Ross |

529513.1

5

STIPULATION TO DISMISS PLAINTIFF ROBYN MARNELL AND
DEFENDANT BOP, LLC
CASE NO. 3:14-CV-01404-JLS-WVG

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On May 27, 2015, I served true copies of the following document(s) described as  on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2015, at Los Angeles, California.

/s/ Navid Zivari
Navid Zivari

529513.1

STIPULATION TO DISMISS PLAINTIFF ROBYN MARNELL AND DEFENDANT BOP, LLC
CASE NO. 3:14-CV-01404-JLS-WVG

# SERVICE LIST

*Clark v. Citizen of Humanity, LLC, et al.*
Case No. 3:14-cv-01404-JLS-WVG

| | |
|---|---|
| John H Donboli<br>DEL MAR LAW GROUP, LLP<br>12250 El Camino Real<br>Suite 120<br>San Diego, CA 92130<br>Telephone:  (858)793-6244<br>Facsimile:  (858)793-6005<br>Email:  jdonboli@delmarlawgroup.com | Attorneys for Plaintiff Louise Clark |
| Shannon L. Hopkins<br>Nancy A. Kulesa<br>LEVI & KORINSKY LLP<br>733 Summer Street, Suite 304<br>Stamford, Connecticut 06901<br>Telephone:  (232) 363-7500<br>Facsimile:  (866-367-6510<br>Email:  shopkins@zlk.com<br>           nkulesa@zlk.com | Attorneys for Plaintiff Robyn Marnell |
| James D. Nguyen<br>James C. Grant<br>Rebecca Francis<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone:  (206) 622-3150<br>Facsimile:  (206) 757-7700<br>Email:  jimmynguyen@dwt.com<br>           jamesgrant@dwt.com<br>           rebeccafrancis@dwt.com | Attorneys for Defendant BOP LLC |

529513.1

STIPULATION TO DISMISS PLAINTIFF ROBYN MARNELL AND DEFENDANT BOP, LLC
CASE NO. 3:14-CV-01404-JLS-WVG